UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER "WHODI ATEEZY BANKS" WITH FACEBOOK USER ID: 100013002570186 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | 5:17-MJ-100-DW<br><br>**MOTION TO PERMANENTLY SEAL AFFIDAVIT** |

Comes now the United States of America, by and through Assistant United States Attorney Kathryn N. Rich, respectfully moves the Court to for an order permanently sealing the affidavit in this case. The affidavit contains information from cooperating persons and could result in possible witness intimidation if made public.

Dated this 3rd day of February, 2021.

RONALD A. PARSONS, JR.
United States Attorney
By:

*/s/ Kathryn N. Rich*
KATHRYN N. RICH
Assistant United States Attorney
515 Ninth Street, Suite 201
Rapid City, SD 57701
(605) 342-7822
Kathryn.Rich@usdoj.gov